UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

                    Plaintiff,

    v.

1068 Mini Mart Deli Grocery Corp., and
Horng K. Tang and Lieng Luu,

                    Defendants.

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-2762-NCM-CLP

      **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Jocelyn Pierre

and Defendants Horng K. Tang and Lieng Luu, and 1068 Mini Mart Deli Grocery Corp. by and

through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without

costs or attorneys' fees, except as otherwise privately agreed between the parties.

Dated: New York, New York
       June 9, 2025

**THE MARKS LAW FIRM, P.C.**

By:_____
      Darren R. Marks, Esq.
  155 East 55th Street, Suite 4H
  New York, NY 10022
  Telephone: (646) 960-7820
  Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**SHI & ASSOCIATES**

By:_____
     Bo Shi, Esq.
  401 Broadway, Suite 409
  New York, NY 10013
  Tel: (212)965-8686
  Email: shiattorney@yahoo.com
*Attorneys for Horng K. Tang and Lieng Luu*

**LAW OFFICES OF JASON BERKE PC**

By:_____
    Jason Berke, Esq.
  200 Broadhollow Road, Suite 207
  Melville, New York 11747
  Tel: (718) 793-2488 Ext. 104
  Email: jasonrossberke@gmail.com
*Attorneys for 1068 Mini Mart Deli Grocery Corp.*